# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-630
_____

CHARLES SANMANN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

November 16, 2018

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles Sanmann, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Frank X. Moehrle Jr., Assistant Attorney General, Tallahassee, for Appellee.